# 652 DECISIONS IN CASES NOT REPORTED.

Dennis Sullivan, as administrator, etc., Respondent, v. The Buffalo Grape Sugar Company, Appellant.—Judgment and order affirmed. Dissenting opinion by Barker, J.

The Citizens' National Bank of Hornellsville, Respondent, v. Isaac Allison, Appellant.— Order modified as indicated in the opinion, and as modified affirmed, with ten dollars costs and disbursements. Opinion by Haight, J. ; Bradley, J., taking no part.

Sylvia M. Newman, as administratrix, etc., Respondent, v. Henry L. Newman, as administrator, etc., and another, Appellants.—Order reversed and motion denied without costs. Opinion by Smith, P. J.

Marcia Webb, Respondent, v. James Wilson and others, Appellants. – Judgment and order affirmed. Opinion by Haight, J.

Henry K. Stevens, appellant, v. Marcus L Comstock and others, Respondents.—Judgment affirmed, with costs. Opinion by Bradley, J.

James C. Austin, Respondent, v Henry K. Stevens, appellant.—Judgment reversed and complaint dismissed, without costs of the action, or of this appeal to either party. Opinion by Barker, J.

De Witt Hallenbeck, Respondent, v. Charles F. Kindred, Appellant. — Judgment affirmed. Opinion by Haight, J.

Shelly G. Crump, Appellant, v. Peter Pitkin and others, Respondents. — Judgment affirmed, with costs. Opinion by Smith, P. J.. Haight, J., not sitting.

Francis E. Cole, Appellant, v. J. M. Cole, Respondent. — Judgment affirmed, with costs, on the opinion of Rumsey, J., at Special Term.

Eugene E. Warfield, Respondent, v. John D. Trickey, Appellant. —Judgment reversed, and a new trial ordered, with costs to abide the event. Opinion by Haight, J.

Alan H. G. Hardwicke and others, Respondents, v. The Board of Education of Union Free School District No. 8, of the Towns of Hanover and Sheridan, Appellant. — Judgment and order affirmed Opinion by Smith, P. J.

Eliza E. Carter, Appellant, v. Sylvester Wilcox, Respondent. —Judgment reversed, and new trial ordered, with costs of this appeal to abide the final award of costs. Opinion by Bradley, J.

John Langford and another, Respondents, v. Orsell Cook, Appellant, Impleaded, etc. —

Judgment affirmed. Opinion by Haight, J. Barker, J., taking no part.

Sidney B. Roby, Respondent, v. The American Central Insurance Company of St. Louis, Appellant. — Judgment reversed, and new trial ordered, with costs to abide the event. Opinion by Bradley, J.

Ignatz Thalheimer, Appellant, v. Ferdinand Hayes and another, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Barker, J., Haight, J., not sitting.

Merchants' Bank of Rochester and others, Respondents, v. Yette Thalheimer, Appellant, Impleaded, etc. — Judgment affirmed, with costs, with leave to the defendant to withdraw demurrer and answer over within twenty days on payment of the costs of the demurrer and of this appeal. Opinion by Haight, J.

Frank D. Wright, Respondent, v. William D. Andrews and another, Appellants. — Judgment affirmed. Opinion by Haight, J.

John Lowry, Respondent, v. John O. Spencer and another, Appellants. — Motion for leave to appeal to the Court of Appeals granted.

Ignatz Thalheimer v. Bernard Hayes. — Motion to have record sent back to the Special Term for correction denied, without costs. (Code, section 844, 1 Revised Statutes of Indiana, 1852, chapter 105, section 5.)

Richard H. Lee v. Eugene A. Hanner. — Motion for leave to appeal to the Court of Appeals granted.

Hiram C. Pettibone, Appellant, v. William E. Drakeford, Respondent. — Memorandum of decision and order amended by adding after the first words "costs" the words "to abide the event."

J. C. Austin v. Henry K. Stevens. —Motion for leave to appeal to the Court of Appeals denied, without costs.

Louis M. Brock and others, v. Benjamin Knower. — Motion for leave to appeal to the Court of Appeals denied.

George W. Wildrick, v. Martin O'Donnell. — Motion for reargument denied, without costs. Bradley, J., not sitting.

The Throop Grain Cleaner Company and another, Plaintiffs, v. H. Cordenio Smith, Defendant.— Motion for new trial granted, with costs to abide the event. Opinion by Barker, J., dissenting opinion by Bradley, J.; Haight, J., not voting.

## THIRD DEPARTMENT, JANUARY TERM, 1886.

Julia E. Weeks and others, Respondents, v. Elsie S. Newkirk and others, Appellants. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Elias Mitchell, Respondent, v. The New York, Lake Erie and Western Railroad, Appellant. Adam Metsger, Respondent, v. The Same, Appellant. —Judgments affirmed, with costs. Opinion by Bockes, J.; Landon, J., not acting.

Rufus R. Davis, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

David D. Acker and others, Appellants, v. Charles E. Leland and others, Respondents. — Judgment affirmed, with costs. Opinion by Bockes, J.

Jefferson Gardner, Respondent, v. Chauncey T. Bowen, Appellant. — Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by Learned, P. J.

Helen J. Wright, Respondent, v. Walter S. Church, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J.

William S. Swift, Appellant, v New York, West

Shore and Buffalo Railway Company, Respondent. — Judgment of County Court affirmed, with costs. Opinion by Learned, P. J.

Rufus Rose and another, Respondents, v. Cornelius Murphy, Appellant. —Judgment affirmed, with costs. Opinion by Bockes, J.

Edgar T. Brackett, Administrator, etc.. Respondent, v. Chester Griswold, Appellant, Impleaded, etc. Eli W. Blake v. The Same.— Judgment affirmed, with costs, on opinion of Tappan, J.

George Barkley, Respondent, v. The Rensselaer and Saratoga Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J.

Amos Hemstreet, Respondent, v. Rachel H. Nobles, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J.

Catharine Van Alstyne, Respondent, v. William Van Alstyne, Appellant. — Judgment reversed, new trial granted, costs to abide the event. Opinion by Landon, J.

Edgar T. Brackett, Administrator, etc., Respondent, v. Chester Griswold, Appellant, Impleaded, etc. — Order reviving affirmed, with

## FIRST DEPARTMENT, JANUARY TERM, 1886.

ten dollars costs and printing disbursements, on opinion of Bockes, J.; Bockes, J., not acting.

Mariam Campbell, Respondent, v. Denis Hubbard and another, Administrators, Appellants. — Order corrected.

Albert F. Mitchell, Respondent, v. George L. Weed, Appellant, Impleaded, etc. — Motion to go to Court of Appeals denied, with ten dollars costs.

Samuel Taylor, Appellant, v. John Mitchell and others, Respondents.— Motion for reargument denied, with ten dollars costs.

William K. Brown, Appellant, v. Albert Vanderwerker, Respondent. — Motion to go to Court of Appeals denied.

Mary Mitchell, Respondent, v. The Home Savings Bank, Appellant. — Motion to go to Court of Appeals denied. .

Dempster v. Collins.— Motion to dismiss appeal . denied. Memorandum by Learned, P. J.

Dana L. Tracy, Appellant, v. William H. Baker, Respondent.— Motion to go to Court of Appeals denied.

The People of the State of New York ex rel. Daniel Evans, Respondent, v. Alfred C. Chapin, as Comptroller of the State of New York, Appellant.— Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.

Henry C. Adams, Appellant, v. Oliver M. Arkenburgh, Testamentary Guardian, Respondent.— Order modified as p'r order filed, without costs Landon, J., not acting.

Richard B irke, Administrator, etc., Appellant, v. Silas H. Witherbee and others, Respondents.— Judgment affirmed. with costs.

Catharine Ludwig, Respondent, v. Lawrence Glaessell, Appellant.— Judgment and order reversed, new trial granted, costs to abide event.

The People of the State of New York ex rel. John F. Bridgeman, Respondent, v. Benjamin H. Hall, Appellant.— Judgment affirmed, with costs.— Opinion by Learned, P. J.

Lewis C. Lendrum, Appellant, v. Ralph Wolford, Commissioner, etc., Respondent.— Judgment and order affirmed, with costs. Opinion by Bockes, J.

John Myer, Respondent, v. Jerome Plass, Appellant. — Judgment and order affirmed, with costs.

Francis A. Brown, Respondent, v. Edward J. Pickett, Appellant.— Judgment affirmed, with costs. Memorandum by Learned P. J.; Landon, J., not acting.

William H Elliott, Appellant, v. Francis Ano and others, Respondents.—Judgment affirmed, with costs.

William T. Crook, Respondent, v. Robert Robinson, Appellant. — Judgment affirmed, with costs.

Mary C. Jenkins, as Administratrix, etc., Respondent, v. The City of Hudson, Appellant.— Order denying motion to set aside verdict affirmed, with ten dollars costs and printing disbursements.

I. Townsend Burden, Respondent, v. The Burden Iron Company and others, Appellants.— Order affirmed. with ten dollars costs and printing disbursements. Opinion by Landon, J.

Charles·P. De Graff and others, Respondents, v. Patrick H. Cummins, Appellant. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Landon, J.

Isaac A. Travis, Executor, etc., Appellant, v. Lydia C. Youmans, Respondent.—Judgment of Special Term affirmed, with costs.

Alexander C. Morrison v. Anna C. Horricks.— Motion granted. Order to be settled by Bockes, J.

---

## FIRST DEPARTMENT, JANUARY TERM, 1886.*

George P. Ide and others, Appellants, v. John Galt Smith and others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

Eugene A. Hoffman, Appellant, v. Algernon S. Sullivan, Respondent. — Order reversed, without costs, and order entered as directed in opinion. Opinion by Daniels, J.

In the Matter of Herman Duden. — Order affirmed, without costs. Opinion by Daniels, J.

Charles A. Fish and others, Respondents, v. Tracy Robinson, Appellant. — Order reversed, with ten dollars costs and disbursements, referee's report confirmed and motion denied.

In the Matter of Alexander G. Mercer. — Decree affirmed, with costs.

The People of the State of New York ex rel. William Gilbert, Appellant, v. Henry B. Laidlaw, County Treasurer, etc., Respondent. — Judgment reversed, new trial granted, with costs to appellant to abide event.

Louis Klueber, Respondent, v. Lina Gross, Appellant. — Order reversed, with ten dollars costs to abide event, and motion to change place of trial from New York to Orange county granted.

Walter C. Glines, Respondent, v. Vincent J. Scott, Defendant (Emily S. Williams, Jr. attaching creditor, Appellant). — Order affirmed, with ten dollars costs and disbursements.

Watson Sanford, Appellant, v. The Bowery National Bank and others, Respondents. — Judgment reversed, new trial ordered, costs to abide event.

Ann Maria Deen, Respondent, v. William Milne, Executor, etc., Appellant. — Order affirmed, with ten dollars costs and disbursements.

Hat Sweat Manufacturing Company, Respondent, v. William H. Reinoehl and another, Appellants.—Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Respondents, v. William E. Briggs and another, Appellants. — Order affirmed, with ten dollars costs and disbursements.

Helen Schell, Appellant, v. William Cockroft, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion Per Curiam.

Charles Jansen, Appellant, v. Otto Stietz, New York Glass Letter Company, Respondent. — Judgment reversed, new trial ordered, costs to abide event.

The United States Life Insurance Company, Appellant, v. Mary A. Adams, Respondent. — Judgment affirmed, with costs.

Bridget Cooper, as Administratrix, etc., Respondent, v. Central Stock Yard and Transit Company, Apppellant. — Judgment affirmed.

Augustus H. Adams, Respondent, v. William P. Mitchell, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Eva Buermann, as Executrix, etc., Appellant, v. Charles Buermann and another, Respondents.— Order reversed, unless within ten days after service of a copy thereof the guardian file an affidavit in compliance with Rule 49 of the courts, and pay ten dollars costs of this appeal.

Arno H. Schoff and others, Respondents, v.